# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

Index No.:
Date Purchased:

---X

MARK ANTHONY DIAZ and XAVIER DAVID CRUZ,

Plaintiff,

-against-

CASANDRA CRUZ OSARIO and AMAZON LOGISTICS INC.,

Defendants.

---X

**SUMMONS**

Plaintiffs designate Kings County as the place of trial.

The basis of venue is:
Situs of accident

Situs of accident is:
74th Street and 17 Avenue,
County of Kings,
State of New York

**To the above named Defendants:**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiffs' attorneys within twenty (20) days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within thirty (30) days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Brooklyn, New York
June 19, 2025

Yours, etc.

Vel Belushin, Esq., for
BELUSHIN LAW FIRM, P.C.
Attorneys for Plaintiff
**MARK ANTHONY DIAZ and XAVIER DAVID CRUZ**
1712 Kings Highway, Suite 2
Brooklyn, NY 11229
718-787-4470
File No.: 25-0002

To: CASANDRA CRUZ OSARIO
412 Rosehill Place,
Elizabeth, NJ 07202

AMAZON LOGISTICS INC.,
410 Terry Avenue N,
Seattle, WA 98109

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------------------------------------X

MARK ANTHONY DIAZ and XAVIER DAVID CRUZ,

Plaintiff,

-against-

CASANDRA CRUZ OSARIO and AMAZON LOGISTICS INC.,

Defendants.

---------------------------------------------------------------------X

Index No.:
Date Purchased:

**VERIFIED COMPLAINT**

Plaintiff, by his attorneys, **BELUSHIN LAW FIRM, P.C.**, complaining of Defendants, respectfully allege, as follows:

1. At all times herein mentioned, Plaintiff, **MARK ANTHONY DIAZ**, was, and still is, a resident of the County of Kings, State of New York.

2. At all times herein mentioned, Plaintiff, **XAVIER DAVID CRUZ**, was, and still is, a resident of the County of Kings, State of New York.

3. At all times herein mentioned, Defendant, **CASANDRA CRUZ OSARIO,** was, and still is, a resident of a County in the State of New Jersey.

4. At all times herein mentioned, Defendant, **AMAZON LOGISTICS INC.,** was, and still is, a foreign business corporation duly organized and existing under, and by virtue of, the Laws of the State of Washington.

5. At all times herein mentioned, Defendant, **AMAZON LOGISTICS INC.,** was, and still is, a partnership duly organized and existing under, and by virtue of, the Laws of the State of Washington.

6. At all times herein mentioned, Defendant, **AMAZON LOGISTICS INC.,** was, and still is, a non-profit organization duly organized and existing under, and by virtue of, the Laws of the State of Washington.

7. At all times herein mentioned, Defendant, **AMAZON LOGISTICS INC.,** was the owner of a 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56.

8. At all times herein mentioned, Defendant, **AMAZON LOGISTICS INC.,** was the lessor of a 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56.

9. At all times herein mentioned, Defendant **AMAZON LOGISTICS INC.,** managed the 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56.

10. At all times herein mentioned, Defendant, **AMAZON LOGISTICS INC.,** maintained the 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56.

11. At all times herein mentioned, Defendant, **AMAZON LOGISTICS INC.,** controlled the 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56.

12. At all times herein mentioned Defendant, **CASANDRA CRUZ OSARIO,** was the operator of the 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56.

13. At all times herein mentioned Defendant, **CASANDRA CRUZ OSARIO**, was the lessee of the 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56

14. At all times herein mentioned Defendant, **CASANDRA CRUZ OSARIO,** managed the 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56.

15. At all times herein mentioned Defendant, **CASANDRA CRUZ OSARIO,** maintained the 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56.

16. At all times herein mentioned Defendant, **CASANDRA CRUZ OSARIO,** controlled the 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56.

17. At all times herein mentioned Defendant, **CASANDRA CRUZ OSARIO,** operated the 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56, with the consent of Defendant, **AMAZON LOGISTICS INC.**

18. At all times herein mentioned Defendant, **CASANDRA CRUZ OSARIO,** operated the 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56, with the permission of Defendant, **AMAZON LOGISTICS INC.**

19. At all times herein mentioned Defendant, **CASANDRA CRUZ OSARIO,** operated the 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56, with the knowledge of Defendant, **AMAZON LOGISTICS INC.**

20. At all times herein mentioned, at 74th Street and 17th Avenue, in the County of Kings, State of New York, was a public roadway, street and/or thoroughfare, used extensively by the public and in general.

21. That on January 3, 2025, Plaintiff, **MARK ANTHONY DIAZ,** was operating a 2009 Infiniti motor vehicle bearing Pennsylvania State license plate LZX5282, at the abovementioned location.

22. That on January 3, 2025, Defendant, **CASANDRA CRUZ OSARIO,** was operating the 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56, at the abovementioned location.

23. That on January 3, 2025, at the aforementioned location, the 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56, owned by Defendant, **AMAZON LOGISTICS INC.,** and operated by Defendant **CASANDRA CRUZ OSARIO,** struck the 2009 Infiniti motor vehicle bearing Pennsylvania State license plate LZX5282 owned and operated by Plaintiff, **MARK ANTHONY DIAZ.**

24. That as a result of the aforesaid collision, Plaintiff, **MARK ANTHONY DIAZ,** was seriously and permanently injured.

25. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the Defendants without any fault or negligence on the part of the Plaintiffs contributing thereto.

26. That Defendants were negligent, careless and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid motor vehicle and the Defendants were otherwise negligent, careless and reckless in the circumstances then and there prevailing.

27. That by reason of the foregoing, Plaintiff, **MARK ANTHONY DIAZ,** sustained severe and permanent personal injuries; and Plaintiff, **MARK ANTHONY DIAZ,** was otherwise damaged.

28. That Plaintiff, **MARK ANTHONY DIAZ,** sustained serious injuries as defined by §5102 of the Insurance Law of the State of New York.

29. That Plaintiff, **MARK ANTHONY DIAZ,** sustained serious injury and economic loss greater than basic economic loss as defined by §5104 of the Insurance Law of the State of New York.

30. That Plaintiff, **MARK ANTHONY DIAZ,** is not seeking to recover any damages for which Plaintiffs have been reimbursed by no-fault insurance and/or for which no-fault insurance is obligated to reimburse Plaintiffs. Plaintiffs are only seeking to recover those damages not recoverable through no-fault insurance under the facts and circumstances in this action.

31. That this action falls within one or more of the exceptions set forth in CPLR §1602.

32. That by reason of the foregoing, Plaintiff, **MARK ANTHONY DIAZ,** has been damaged in a sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**AND AS FOR A SECOND CAUSE OF ACTION ON BEHALF OF THE PLAINTIFF, XAVIER DAVID CRUZ**

33. Plaintiff, **XAVIER DAVID CRUZ**, repeats and re-alleges each and every allegation contained in paragraphs 1 through 32 inclusive, with the same force and effect as though more fully set forth at length herein.

34. That on January 3, 2025, at the aforementioned location, the 2023 Rivian motor vehicle bearing New Jersey State license plate number XNLT56, owned by Defendant, **AMAZON LOGISTICS INC.**, and operated by Defendant **CASANDRA CRUZ OSARIO,** struck the 2009 Infiniti motor vehicle bearing Pennsylvania State license plate LZX5282 owned and operated by Plaintiff, **MARK ANTHONY DIAZ**, in which Plaintiff, **XAVIER DAVID CRUZ**, was a lawful passenger.

35. That as a result of the aforesaid collision, Plaintiff, **XAVIER DAVID CRUZ,** was seriously and permanently injured.

36. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the Defendants without any fault or negligence on the part of the Plaintiffs contributing thereto.

37. That Defendants were negligent, careless and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid motor vehicle and the Defendants were otherwise negligent, careless and reckless in the circumstances then and there prevailing.

38. That by reason of the foregoing, Plaintiff, **XAVIER DAVID CRUZ,** sustained severe and permanent personal injuries; and Plaintiff, **XAVIER DAVID CRUZ,** was otherwise damaged.

39. That Plaintiff, **XAVIER DAVID CRUZ,** sustained serious injuries as defined by §5102 of the Insurance Law of the State of New York.

40. That Plaintiff, **XAVIER DAVID CRUZ,** sustained serious injury and economic loss greater than basic economic loss as defined by §5104 of the Insurance Law of the State of New York.

41. That Plaintiff, **XAVIER DAVID CRUZ,** is not seeking to recover any damages for which Plaintiffs have been reimbursed by no-fault insurance and/or for which no-fault insurance is obligated to reimburse Plaintiffs. Plaintiffs are only seeking to recover those damages not recoverable through no-fault insurance under the facts and circumstances in this action.

42. That this action falls within one or more of the exceptions set forth in CPLR §1602.

43. That by reason of the foregoing, Plaintiff, **XAVIER DAVID CRUZ,** has been damaged in a sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE,** Plaintiffs demands judgment against the Defendants herein, in a sum exceeding the jurisdictional limits of all lower courts that would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated: Brooklyn, New York
June 19, 2025

Yours, etc.

Vel Belushin, Esq., for
BELUSHIN LAW FIRM, P.C.
Attorneys for Plaintiff
**MARK ANTHONY DIAZ and**
**XAVIER DAVID CRUZ**
1712 Kings Highway, Suite 2
Brooklyn, NY 11229
718-787-4470
File No.: 25-0002

To: CASANDRA CRUZ OSARIO
412 Rosehill Place,
Elizabeth, NJ 07202

AMAZON LOGISTICS INC.,
410 Terry Avenue N,
Seattle, WA 98109

## ATTORNEY'S VERIFICATION

**VEL BELUSHIN**, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under the penalties of perjury: I am an attorney at BELUSHIN LAW FIRM, P.C. attorneys of record for Plaintiffs, **MARK ANTHONY DIAZ and XAVIER DAVID CRUZ.** I have read the annexed **COMPLAINT** and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my files.

This verification is made by me because Plaintiff are not presently in the county wherein I maintain my offices.

Dated: Brooklyn, New York
June 19, 2025

______________________
Vel Belushin, Esq.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------X
MARK ANTHONY DIAZ and XAVIER DAVID CRUZ,

Plaintiff,

-against-

CASANDRA CRUZ OSARIO and AMAZON LOGISTICS INC.,

Defendants.
-----------------------------------------------------------------X

**SUMMONS & VERIFIED COMPLAINT**

BELUSHIN LAW FIRM, P.C.
Attorneys for Plaintiff
**MARK ANTHONY DIAZ and XAVIER DAVID CRUZ**
1712 Kings Highway, Suite 2
Brooklyn, NY 11229
718-787-4470
File No.: 25-0002

To: CASANDRA CRUZ OSARIO
412 Rosehill Place,
Elizabeth, NJ 07202

AMAZON LOGISTICS INC.,
410 Terry Avenue N,
Seattle, WA 98109

Pursuant to 22NYCR 130-1.1 the undersigned, an attorney admitted to practice in the courts of New York State, certifies that upon information and belief and reasonable inquiry, the contents contained in the annexed document are not frivolous.

Vel Belushin, Esq.

Dated: June 19, 2025